[No. 30669-7-II. Division Two. October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW GRANT RICE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00642-1, H. John Hall and David R. Draper, JJ., entered July 2, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 30983-1-II. Division Two. October 19, 2004.]

THOMAS POTTS, JR., *Respondent*, v. GEORGE K. APOSTOLOU, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-2-00200-7, Toni A. Sheldon, J., and Robert Johnson, J. Pro Tem., entered October 16, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Van Deren, JJ.

[No. 31094-5-II. Division Two. October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK DONALD BUCKMASTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03012-2, Ronald E. Culpepper, J., entered November 13, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 22176-8-III. Division Three. October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. MINES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00348-5, Linda G. Tompkins, J., entered June 11, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.